**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| JOHN DOE, | Case No. 5:20-cv-00145-DCR |
| Plaintiff, | |
| | Judge Danny C. Reeves |
| v. | |
| | **MOTION FOR** |
| TRANSYLVANIA UNIVERSITY, | **EXPEDITED DISCOVERY** |
| Defendant. | |

The Plaintiff, John Doe ("Doe"), by and through his undersigned counsel, respectfully submits the following Motion for Expedited Discovery.  A memorandum in support of this Motion and a proposed order are attached.

Respectfully submitted,

*/s/ Kevin L. Murphy*
Kevin L. Murphy (KBA #50646)
MURPHY LANDEN JONES PLLC
2400 Chamber Center Drive, Suite 200
P.O. Box 17534
Fort Mitchell, KY  41017-0534
Telephone: (859) 578-3060
Fax: (859) 578-3061
KMurphy@MLJfirm.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served on the following, who has agreed to accept service on behalf of the University, via email this 7th day of April, 2020:

Bryan H. Beauman
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
BBeauman@sturgillturner.com

*/s/ Kevin L. Murphy*
Kevin L. Murphy